IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> ) <br> **RAYMOND A. BUTLER, JR.,** ) <br> ) <br> **Defendant.** ) <br> ) <br> ) | **8:01CR81** <br><br><br><br><br> **JUDGMENT** |

Pursuant to the Memorandum and Order entered on this date:

IT IS ORDERED:

1. Defendant's § 2255 motion (Filing No. 80) is denied;

2. Defendant's motion for necessary court records to support § 2255 motion (Filing No. 93) is denied.

3. Defendant's leave to amend his § 2255 motion (Filing No. 98) is granted;

4. Defendant's Motion to Amend his § 2255 motion (Filing No. 101) is granted;

5. Plaintiff's Objection to Motion to Amend defendant's § 2255 motion (Filing No. 102) is denied.

6. The clerk for the court shall provide a copy of this Judgment to the defendant at the address of record for his current place of incarceration.

DATED this 6th day of February, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge