IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:01CR81 |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT OF DISMISSAL |
| RAYMOND A. BUTLER, JR., | ) | |
| | ) | |
| Defendant. | ) | |

In accordance with the Memorandum and Order entered on February 9, 2009 (Filing No. 118),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the "Motion to Vacate Under 28 U.S.C. § 2255" filed by the defendant, Raymond A. Butler, Jr., is dismissed with prejudice.

DATED this 11th day of February, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge