IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:01CR81 |
| vs. | |
| RAYMOND A. BUTLER, JR., | ORDER |
| Defendant. | |

This matter is before the court on defendant's motion for reconsideration and assistance to transfer, Filing No. 123, his supervised release to the State of Georgia. It appears defendant made a request to the authorities in Georgia for such a transfer and the request was denied. He now asks this court to reconsider and assist in said transfer. The court orders Probation Officer John Hill, or his designee, to review this request and to report his findings to the court on or before September 17, 2012.

SO ORDERED.

Dated this 17th day of August, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge