IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:01CR81 |
| vs. | |
| RAYMOND A. BUTLER, JR., | ORDER |
| Defendant. | |

This matter is before the court on defendant's Motion for Reconsideration and Assistance to Transfer, Filing No. 123, his supervised release to the State of Georgia. The defendant has made a request to the authorities in Georgia for such a transfer and the request was denied. The defendant now asks this court to reconsider and assist in said transfer. After a review of this request, the court finds that it neither has the jurisdiction nor the inclination to order Georgia to accept his supervision. The defendant's Motion for Reconsideration (Filing No. 123) is denied.

SO ORDERED.

Dated this 27th day of September, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge