IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RAYMOND A. BUTLER, JR.,<br><br>    Defendant. | **8:01CR81**<br><br>**ORDER** |

The defendant's conditions of supervised release are modified, with the consent of the defendant, the government and with the recommendation of the U.S. Probation Office, as follows:

The defendant shall reside in a residential reentry center (RRC) for a period of up to 180 days in the correctional component, to commence at the direction of the Probation Officer, and the defendant shall observe the rules of that facility. The defendant may be discharged earlier than 180 days by the Probation Officer, if the defendant is determined to be in full compliance with the conditions of supervision.

SO ORDERED.

Dated this 20th day of August, 2014.

              BY THE COURT:

              s/ Joseph F. Bataillon
              United States District Judge